## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LUKE G. SAHS** | * | **CIVIL ACTION NO. 2:24-cv-01379** |
| | * | |
| **VERSUS** | * | **SECTION: E (3)** |
| | * | |
| **LOYOLA UNIVERSITY** | * | **JUDGE SUSIE MORGAN** |
| **NEW ORLEANS** | * | |
| | * | **MAG. JUDGE EVA J. DOSSIER** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO STAY DISCOVERY

**NOW INTO COURT**, through undersigned counsel, comes defendant, Loyola University New Orleans ("Loyola"), who respectfully files this Motion to Stay Discovery pending the Court's ruling on Loyola's Special Motion to Strike under Louisiana Code of Civil Procedure Article 971. As shown in the memorandum supporting this motion, upon the filing of a special motion to strike under article 971, discovery is automatically stayed.

Accordingly, Loyola prays that the Court grant this Motion to Stay and order that discovery proceedings in this matter are stayed pending the resolution of Loyola's special motion to strike.

Respectfully submitted,

*/s/ Charles D. Marshall, III*
Julie D. Livaudais, T.A., Bar No. 1183
Charles D. Marshall, III, Bar No. 27564
Rosalie M. Haug, Bar No. 37720
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone: (504) 585-7000
Telefax: 504) 544-6054
Email:  livaudais@chaffe.com
marshall@chaffe.com
haug@chaffe.com
*Attorneys for Defendant,*
*Loyola University New Orleans*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2024, a copy of the foregoing pleading will be served upon Plaintiff's counsel via the Court's electronic filing submission.

/s/ *Charles D. Marshall, III*