UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| LUKE G. SAHS | CV |
| **VERSUS** | **NO: 24-1379** |
| LOYOLA UNIVERSITY NEW ORLEANS | **SECTION: E (3)** |

**ATTACHMENTS TO DOCUMENT NO. 49**

    **DESCRIPTION:** Flash Drive

    **FILED BY:** Plaintiff

    **FILE DATE:** 11/20/2024

**ARE LOCATED IN THE CLERK'S OFFICE.**