UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| **LUKE G. SAHS** | * | **CIVIL ACTION NO. 2:24-cv-01379** |
| | * | |
| v. | * | **SECTION: E (3)** |
| | * | |
| **LOYOLA UNIVERSITY NEW ORLEANS** | * | **JUDGE SUSIE MORGAN** |
| | * | |
| | * | **MAG. JUDGE EVA J. DOSSIER** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

Plaintiff Luke G. Sahs ("Plaintiff") and Defendant Loyola University New Orleans ("Defendant") (collectively "Parties") jointly move this Court to continue the Status Conference scheduled for December 17, 2024 (Dkt. 32). The Parties respectfully request a continuance of the Status Conference while Defendant's Special Motion to Strike and Plaintiff's Response in Opposition to Defendant's Special Motion to Strike are pending a ruling by this Court.

Defendant filed a Special Motion to Strike pursuant to Louisiana Code of Civil Procedure Article 971 on October 22, 2024 (Dkt. 43).  On November 5, 2024, Defendant filed a Motion to Stay Discovery pending the Court's ruling on its Special Motion to Strike (Dkt. 48).  Pursuant to Article 971, discovery proceedings are to be stayed until a court determines whether a plaintiff has established a probability of success on the merits.  Defendant's Motion to Stay Discovery is still pending before the Court.  On November 20, 2024, Plaintiff filed his Response in Opposition to Defendant's Special Motion to Strike (Dkt. 49) and Defendant's reply is not due until December 6, 2024.

Given the foregoing, the Parties have not undertaken any discovery on this matter and are not in any different position than at the original case management conference.  For the foregoing

reasons the Parties respectfully request that the Court continue the Status Conference, which is scheduled for December 17, 2024, until such a date after the Court's ruling on Defendant's Special Motion to Strike.

Dated: December 4, 2024

Respectfully submitted,

By: /s/ *Andrew C. Stebbins*
Andrew C. Stebbins
(Ohio Bar No. 0086387) (*pro hac vice*)
Buckingham Doolittle & Burroughs LLC
1375 E. 9th Street, Suite 1700
Cleveland, OH 44114
Telephone Office: (216) 736-4233
Email: astebbins@bdblaw.com

John W. Carpenter (La. Bar No. 03940)
Law Offices of John W. Carpenter, LLC
201 St Charles Ave., Suite 2500
New Orleans, LA. 70170
Telephone Office: (504) 599-5955
Telephone Cell: (415) 577-0698
Email: john@jwcarpenterlaw.com

Elizabeth Bagert Carpenter (La. Bar No. 31653)
Law Office of Elizabeth Bagert Carpenter
201 St Charles Ave., Suite 2500
New Orleans, LA. 70170
Telephone Office: (504) 599-5955
Telephone Cell: (504) 373-4624
Email: ebc@neworleans-criminal-defense.com

Christina N. Williams
(Ohio Bar No. 0093726) (*pro hac vice*)
Buckingham Doolittle & Burroughs LLC
1375 E. 9th Street, Suite 1700
Cleveland, OH 44114
Telephone Office: (216) 736-4234
Email: cwilliams@bdblaw.com

*Attorneys for Plaintiff*
Luke G. Sahs

By: /s/ *Charles D. Marshall, III*
Julie D. Livaudais (La. Bar No. 1183)
Charles D. Marshall, III (La. Bar No. 27564)
Rosalie M. Haug (La. Bar. No. 37720)
CHAFFE McCALL, L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: 504-585-7000
Facsimile: 504-544-6054
Email: livaudais@chaffe.com
         marshall@chaffe.com
         haug@chaffe.com

*Attorneys for Defendant*
Loyola University of New Orleans

4928-2385-0243, v. 2