UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LUKE G. SAHS** | * | **CIVIL ACTION NO. 24-1379** |
| | * | |
| **VERSUS** | * | **SECTION: E (3)** |
| | * | |
| **LOYOLA UNIVERSITY NEW ORLEANS** | * | **JUDGE SUSIE MORGAN** |
| | * | |
| | * | **MAG. JUDGE EVA J. DOSSIER** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## O R D E R

Considering the above and foregoing Joint Motion to Continue Status Conference (the "Motion") [ECF 52] filed jointly by the Parties;

**IT IS ORDERED** that the motion is **GRANTED IN PART**. The status conference currently scheduled for Tuesday, December 17, 2024, at 11:00 a.m., is hereby **CONVERTED** to a telephone conference and **CONTINUED** to **Thursday, January 9, 2025, at 2:00 p.m.** The Court has provided counsel with the instructions to participate.

**New Orleans, Louisiana this 6th day of December, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**