MINUTE ENTRY
MORGAN, J.
January 9, 2025

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUKE G. SAHS,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1379** |
| **LOYOLA UNIVERSITY, NEW ORLEANS,**  Defendant | **SECTION: "E" (3)** |

### MINUTE ENTRY AND ORDER

A telephone status conference was held on January 9, 2025, at 2:00 p.m., in the chambers of Judge Susie Morgan.

Present: Andrew Stebbins and John W. Carpenter, counsel for Plaintiff, Luke G. Sahs; Charles D. Marshall, III and Julie Durel Livaudais, counsel for Defendant, Loyola University, New Orleans.

The parties agree discovery is stayed under Louisiana Code of Civil Procedure Article 971. Accordingly, the pending motion to stay discovery is denied as moot.[1]

---

[1] R. Doc. 48.

1

The parties discussed their positions with respect to Defendant's motion to strike.[2]

**IT IS ORDERED** that Defendant's motion to stay discovery is **DENIED** as moot.[3]

**New Orleans, Louisiana, on this 10th day of January, 2025.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (0:33)

---

[2] R. Doc. 43.
[3] R. Doc. 48.