## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUKE G. SAHS,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO.  24-1379** |
| **LOYOLA UNIVERSITY, NEW ORLEANS,**<br>    **Defendant** | **SECTION: "E" (3)** |

## ORDER

**IT IS HEREBY ORDERED** that an in-person conference be set for **Wednesday, February 26 at 2:00 p.m.** The Court will allow out-of-state counsel to participate by telephone and has provided them with the instructions necessary to participate.

New Orleans, Louisiana, on this 21st day of February, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**