MINUTE ENTRY
MORGAN, J.
February 26, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LUKE G. SAHS,**<br>     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-1379** |
| **LOYOLA UNIVERSITY, NEW ORLEANS,**<br>     Defendant | **SECTION: "E" (3)** |

**MINUTE ENTRY**

A status conference was held on February 26, 2025, at 2:00 p.m., in the chambers of Judge Susie Morgan.

Present:   Elizabeth Carpenter, Andrew Stebbins (via telephone), and John W. Carpenter (via telephone), counsel for Plaintiff, Luke G. Sahs; Julie Durel Livaudais and Charles D. Marshall, III, counsel for Defendant, Loyola University, New Orleans.

The parties and the Court discussed the Defendant's special motion to strike the Plaintiff's complaint.[1]

**New Orleans, Louisiana, on this 26th day of February, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:46)

---

[1] R. Doc. 43.