## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**LUKE G. SAHS,**                                          **CIVIL ACTION**
       **Plaintiff**


**VERSUS**                                                **NO.  24-1379**

**LOYOLA UNIVERSITY NEW ORLEANS,**                        **SECTION: "E" (3)**
       **Defendant**


### ORDER

Before the Court is Defendant Loyola University New Orleans's ("Loyola") Special Motion to Strike the Plaintiff's First Amended Complaint.[1] Plaintiff Luke G. Sahs ("Plaintiff") filed an opposition.[2] Loyola filed a reply.[3] The Court is considering whether Louisiana Code of Civil Procedure article 971 ("Article 971") applies in federal courts in light of *Shady Grove Orthopedic Assocs., P.A. v. Allstate Ins. Co.*, 559 U.S. 393 (2010) and *Klocke v. Watson*, 936 F.3d 240 (5th Cir. 2019).[4]

**IT IS ORDERED** that Loyola file supplemental briefing addressing the applicability of Article 971 in federal courts on or before **Monday, March 31, 2025**.

**IT IS FURTHER ORDERED** that Plaintiff file an opposition to Defendant's supplemental briefing on or before **Thursday, April 3, 2025.**

    **New Orleans, Louisiana, this 17th day of March, 2025.**

                    **SUSIE MORGAN**
             **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 43.
[2] R. Doc. 49.
[3] R. Doc. 53.
[4] The parties should also address Judge Graves's dissent in *Cuba v. Pylant*, 814 F.3d 701 (5th Cir. 2016).