## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LUKE G. SAHS** | * | **CIVIL ACTION NO. 2:24-cv-01379** |
| | * | |
| **VERSUS** | * | **SECTION: E (3)** |
| | * | |
| **LOYOLA UNIVERSITY** | * | **JUDGE SUSIE MORGAN** |
| **NEW ORLEANS** | * | |
| | * | **MAG. JUDGE EVA J. DOSSIER** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Loyola University New Orleans ("Loyola"), defendant, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's Order and Reasons (Rec. Doc. 64) entered on April 9, 2025, which denied Loyola's Special Motion to Strike Under La. C.C.P. art. 971 (Rec. Doc. 43). The aforesaid ruling is immediately appealable under 28 U.S.C. §1291 as a collateral order, as held in *Henry v. Lake Charles American Press, L.L.C.*, 566 F.3d 164, 170-181 (5th Cir. 2009).

Respectfully submitted,

/s/ *Charles D. Marshall, III*
Julie D. Livaudais (La. Bar No. 1183)
Charles D. Marshall, III (La. Bar No. 27564)
Rosalie M. Haug (La. Bar. No. 37720)
CHAFFE McCALL, L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163-2300
504-585-7000 (Telephone)
504-544-6054 (Facsimile)
Email: livaudais@chaffe.com
marshall@chaffe.com
haug@chaffe.com

*Attorneys for Defendant,*
*Loyola University of New Orleans*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of April, 2025, a copy of the foregoing pleading will be served upon Plaintiff's counsel via the Court's electronic filing submission.

/s/ *Charles D. Marshall*, III
