## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LUKE G. SAHS** | * | **CIVIL ACTION NO. 2:24-cv-01379** |
| | * | |
| **VERSUS** | * | **SECTION: E (3)** |
| | * | |
| **LOYOLA UNIVERSITY** | * | **JUDGE SUSIE MORGAN** |
| **NEW ORLEANS** | * | |
| | * | **MAG. JUDGE EVA J. DOSSIER** |
| | * | |

**************************************

### MOTION FOR STAY PENDING APPEAL

Defendant, Loyola University New Orleans ("Loyola"), respectfully moves this Court for an Order staying discovery and all further proceedings in this action, pending Loyola's collateral-order appeal (Rec. Doc. 65) to the U.S. Fifth Circuit to review this Court's Order and Reasons (Rec.Doc. 64) entered on April 9, 2025, which denied Loyola's Special Motion to Strike under La. C.C.P. art. 971 (Rec.Doc. 43).  By email on April 21, 2025, undersigned counsel for Loyola informed counsel for Plaintiff, Luke G. Sahs, of Loyola's intent to file its appeal and inquired whether Plaintiff's counsel had any objection to Loyola's proposed motion for a stay pending appeal.  To date, Loyola has not received a response from Plaintiff's counsel.  In the accompanying Memorandum in Support, Loyola states in detail the grounds for this requested stay pending appellate review.

#5544446v1

Respectfully submitted,

/s/ *Charles D. Marshall, III*
Julie D. Livaudais (La. Bar No. 1183)
Charles D. Marshall, III (La. Bar No. 27564)
Rosalie M. Haug (La. Bar No. 37720)
CHAFFE McCALL, L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163-2300
504-585-7000 (Telephone)
504-544-6054 (Facsimile)
Email: livaudais@chaffe.com
       marshall@chaffe.com
       haug@chaffe.com

**Attorneys for Defendant, Loyola University of New Orleans**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2025, a copy of the foregoing Motion For Stay Pending Appeal will be served upon Plaintiff's counsel via the Court's electronic filing submission.

/s/ *Charles D. Marshall*, III
CHARLES D. MARSHALL, III