UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUKE G. SAHS | CIVIL ACTION |
| VERSUS | NO. 24-1379 |
| LOYOLA UNIVERSITY, NEW ORLEANS, ET AL. | SECTION "E" (3) |

## SCHEDULING CONFERENCE NOTICE

**A SCHEDULING CONFERENCE** will be held **BY TELEPHONE** on **THURSDAY, JUNE 12, 2025 AT 9:30 A.M.** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates. **The Court's case manager will initiate the conference call.**

**TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

BRAD NEWELL
CASE MANAGER
SECTION "E"
504-589-7714

## NOTICE OF COMPLIANCE WITH Fed.R.Civ.P. 26(a)(1) AND 26(f)

**COUNSEL ARE TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF RULE 26(a)(1) and 26(f) and LOCAL RULE 26, AND THE CORPORATE DISCLOSURE REQUIREMENTS OF F.R.C.P. 7.1. COUNSEL ARE TO BE PREPARED TO ANSWER THE ATTACHED QUESTIONS CONCERNING DISCLOSURE.**

## NOTICE

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

## **IMPORTANT NOTICE TO COUNSEL**

## **COUNSEL MUST PARTICIPATE IN THIS CONFERENCE. A PARALEGAL OR SECRETARY MAY NOT BE SUBSTITUTED.**

COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2. Do any of the parties contend that Rule 26(a)(1) initial disclosures are not required in this case under Rule 26(a)(1)(B)? If so, written objections must be filed three days prior to the preliminary conference.

3. Have the corporate parties filed their corporate disclosure statements? In advance of the conference, every party should be familiar with and ensure compliance with F.R.C.P. 7.1, which was amended December 21, 2022.