No. 25-30263

------------------------------

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

------------------------------

Luke G. Sahs,
    Plaintiff-Appellee,

v.

Loyola University New Orleans,
    Defendant-Appellant.

------------------------------

On Appeal from the United States District Court
for the Eastern District of Louisiana, Civil Action No. 2:24-cv-01379, Hon. Susie
Morgan, Judge Presiding

------------------------------

**JOINT STIPULATION CORRECTING
OMISSION FROM RECORD**

------------------------------

Andrew C. Stebbins
(OH Bar No. 0086387)
Admitted *pro hac vice*
Buckingham Doolittle & Burroughs LLC
1375 E. 9th Street, Suite 1700
Cleveland, OH 44114
Telephone Office: (216) 736-4233
Email: astebbins@bdblaw.com

John W. Carpenter (La. Bar No. 03940)
Law Offices of John W. Carpenter, LLC
201 St Charles Ave., Suite 2500
New Orleans, La. 70170
Telephone Office: (504) 599-5955
Telephone Cell: (415) 577-0698
Email: john@jwcarpenterlaw.com

Plaintiff–Appellee, Luke G. Sahs ("Sahs"), and Defendant-Appellant, Loyola University New Orleans ("Loyola"), jointly stipulate that the record on appeal in the above-captioned case, No. 25-30263, should be corrected and supplemented with a certified copy of Rec. Doc. 74 entered on the District Court's docket on May 23, 2025, wherein the District Court issued its Order and Reasons denying Loyola's Motion for Stay Pending Appeal.

On April 30, 2025, Loyola filed a Notice of Appeal (Rec. Doc. 65) from the District Court's Order and Reasons entered on April 9, 2025 (Rec. Doc. 64), which had denied Loyola's Special Motion to Strike Under La. C.C.P. art. 971 (Rec. Doc. 43). On May 1, 2025, Loyola also filed in the District Court a Motion for Stay Pending Appeal (Rec. Doc. 66), seeking a stay of discovery and further district-court proceedings pending its Fifth Circuit appeal. On May 12, 2025, Sahs filed an opposition (Rec. Doc. 67) to Loyola's motion for a stay, and on May 19, 2025, Loyola filed a reply memorandum in support of the motion (Rec. Doc. 72).

On May 21, 2025, the Fifth Circuit Court of Appeals received and filed the record on Loyola's appeal in the above-captioned case, No. 25-30263, which record on appeal included all the District-Court docket entries as of that date. On May 23, 2025, two days after the appellate record lodged in the Court of Appeals, the District Court entered its Order and Reasons (Rec. Doc. 74), denying Loyola's Motion for Stay Pending Appeal. On June 20, 2025, a panel of the Fifth Circuit, subsequently

granted Loyola's motion under Fed. R. App. P. 8 for a stay pending appeal. *See* Fifth Circuit Rec. Doc. 40.

Wherefore, pursuant to Fed. App. R. 10(e), Sahs and Loyola jointly stipulate that the District Court's Order and Reasons (Rec. Doc. 74) entered on May 23, 2025, which denied Loyola's Motion for Stay Pending Appeal, be included in a supplemental record to be certified and transmitted to this Court in the above-captioned Fifth Circuit appeal, No. 25-30263.

Dated: July 30, 2025.

Respectfully submitted,

By: */s/ Andrew C. Stebbins*
Andrew C. Stebbins
(Ohio Bar No. 0086387) (*pro hac vice*)
Buckingham Doolittle & Burroughs LLC
1375 E. 9th Street, Suite 1700
Cleveland, OH 44114
Telephone Office: (216) 736-4233
Email: astebbins@bdblaw.com

John W. Carpenter (La. Bar No. 03940)
Law Offices of John W. Carpenter, LLC
201 St Charles Ave., Suite 2500
New Orleans, La. 70170
Telephone Office: (504) 599-5955
Telephone Cell: (415) 577-0698
Email: john@jwcarpenterlaw.com

**Attorneys for Plaintiff–Appellee**
**Luke G. Sahs**

By: */s/ Charles D. Marshall, III*
Charles D. Marshall, III (la. Bar No. 01183)
Chaffe McCall, L.L.P.
1100 Poydras Street
2300 Energy Centre
New Orleans, LA 70163
Telephone: (504) 585-7000
Facsmile: (504) 585-7075
Email: marshall@chaffe.com

***Attorney for Defendant-Appellant,
Loyola University New Orleans***

Case 2:25-cv-01373-SM-DPC   Document 46-1   Filed 07/31/25   Page 4 of 6

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, the foregoing Joint Stipulation Correcting Omission from Record, filed by Plaintiff-Appellee, was electronically transmitted to the Clerk of this Court using the CM/ECF System for filing and that service was accomplished through the Notice of Electronic Filing on the following ECF users:

Julie D. Livaudais (La. Bar No. 01183)
Charles D. Marshall, III (La. Bar No. 27564)
Douglas L. Grundmeyer (La. Bar No. 06362)
Rosalie M. Haug (La. Bar No. 37720)
CHAFFE McCALL, L.L.P.
1100 Poydras Street
2300 Energy Centre
New Orleans, LA 70163
Telephone: (504) 585-7000
Facsimile: (504) 585-7075
Email: livaudais@chaffe.com
Email: marshall@chaffe.com
Email: grundmeyer@chaffe.com
Email: haug@chaffe.com

***Attorneys for Defendant-Appellant,
Loyola University New Orleans***

                By: */s/ Andrew C. Stebbins*
                    Andrew C. Stebbins
                (Ohio Bar No. 0086387) (pro hac vice)
                Buckingham Doolittle & Burroughs LLC
                1375 E. 9th Street, Suite 1700
                Cleveland, OH 44114
                Telephone Office: (216) 736-4233
                Email: astebbins@bdblaw.com

                ***Attorney for Plaintiff-Appellee,
                Luke G. Sahs***

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

This stipulation complies with the typeface requirements of 5th Cir. R. 32.1 and Fed. R. App. P. 27(d)(1)(E) and 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Office Word 2010 software in Times New Roman 14-point font, except for the footnotes, if any, which are in proportionally spaced type-face, including serifs, using Word in Times New Roman 12-point font.

Dated: July 30, 2025

        By: */s/ Andrew C. Stebbins*
            Andrew C. Stebbins

        ***Attorney for Plaintiff–Appellee,***
        ***Luke G. Sahs***

4905-7196-0409, v. 1