UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LUKE G. SAHS                                          CIVIL ACTION

VERSUS                                                NO. 24-1379

LOYOLA UNIVERSITY NEW ORLEANS            SECTION:  "E" (3)

### ORDER

Considering the U.S. Court of Appeals for the Fifth Circuit's order staying this matter,

**IT IS ORDERED** that the settlement conference scheduled for Monday, March 30, 2026, at 9:30 a.m., is hereby **CANCELLED**.

New Orleans, Louisiana, this 25th day of March, 2026.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE