**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LUKE G. SAHS,** | **CIVIL ACTION** |
| **Plaintiff** | |
| | |
| **VERSUS** | **NO.  24-1379** |
| | |
| **LOYOLA UNIVERSITY,** | **SECTION: "E" (3)** |
| **NEW ORLEANS,** | |
| **Defendant** | |

**ORDER**

Considering the United States Court of Appeals for the Fifth Circuit's order staying this matter,

**IT IS ORDERED** that the Court's scheduling order is **VACATED.**[1]

**New Orleans, Louisiana, this 1st day of April, 2026.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 77.